# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MATTIE HALL, | : | |
| Plaintiff, | : | Case No. 3:07CV0228 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 20, 2008 (Doc. #11) is ADOPTED in full;

2. The Commissioner's non-disability finding is VACATED;

3. No finding is made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act;

4. This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with this Report; and

5. The case is terminated on the docket of this Court.

September 9, 2008                                   *S/THOMAS M. ROSE

 

                                       Thomas M. Rose
                              United States District Judge